IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR155 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY L. NUTILE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion for Extension of Time. (Filing No. 52). The motion is granted.

IT IS ORDERED:

1.   That by June 19, 2006, the United States shall answer or otherwise respond to the defendant's § 2255 motion, and shall file an accompanying brief; and

2.   That by July 19, 2006, the defendant may file a reply brief.

DATED this 24th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge