IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:03CR155 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JUDGMENT |
| JERRY L. NUTILE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's Motion under 28 U.S.C. § 2255, Filing No. 48, is dismissed.

DATED this 7th day of February, 2007.

BY THE COURT:


s/Joseph F. Bataillon
Chief United States District Judge